IN THE COURT OF CRIMINAL APPEALS


OF THE STATE OF TEXAS



 


No. AP-76,363


 








EX PARTE DANNY D. BURNS, Respondent



 



ORIGINAL CONTEMPT PROCEEDING


FROM TARRANT COUNTY


 




 The Order was delivered per curiam.



O R D E R



 Danny D. Burns, attorney of record in the case styled Ex Parte Michael Wayne
Bohannan, Trial Court No. C-1-008898-0201732-J from the Criminal District Court
Number One of Tarrant County, Texas, was served with a copy of an ORDER TO
SHOW CAUSE AND FILE BRIEF, which Order was dated October 12, 2010, after 
Danny D. Burns failed to timely file the Applicant's brief in this Court.

 On October 22, 2010, Danny D. Burns filed Applicant's brief and response to
this Court's order to show cause. It is plain from the record that Danny D. Burns has
complied with the Order of this Court and is, therefore, not in contempt of this Court. 
Accordingly, the original contempt proceedings instituted by our ORDER TO
SHOW CAUSE is dismissed.

 IT IS SO ORDERED THIS THE 28th DAY OF OCTOBER, 2010.

EN BANC

DO NOT PUBLISH